IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. ) CR405-21
)
BRUCE T. JONES, )
)
        Defendant. )

## MINUTE ORDER

The above cause having come before the Court on the 11th day of May, 2005, and the following rulings having been made orally, said rulings, are hereby made the judgment of the Court:

Defendant's motion for disclosure for exculpatory evidence as it refers to the confidential informant is DENIED.

Defendant's motion to suppress is TAKEN UNDER ADVISEMENT.

All other pretrial motions are hereby deemed MOOT.

SO ORDERED this 11th day of May, 2005.

                                                UNITED STATES MAGISTRATE JUDGE
                                                SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

        vs.     *     CASE NO. CR405-21

Bruce Jones     *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order dated 5/11/05, which is part of the official records of this case.

Date of Mailing: 5/11/05
Date of Certificate: 5/11/05

SCOTT L. POFF, CLERK

By: JGB

NAME:
1. Bruce Jones, 1050 Carl Griffin Dr., Savannah, GA 31405
2. Elliott Durham, P.O. Box 2784, Savannah, GA 31402
3.
4.
5.
6.
7.

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds