FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 AUG -8 AM 9: 14

CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR405-21 |
| ) | |
| BRUCE TIMOTHY JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are two Reports and Recommendations (Docs. 38, 42). After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Reports and Recommendations, to which objections have been filed. Accordingly, the Reports and Recommendations of the Magistrate Judge are adopted as the opinion of the Court.

**SO ORDERED.**

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: AUGUST 5, 2005

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA    *

     vs.    *    CASE NO. CR405-21

Bruce Jones    *

     *

     *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order dated 8/8/05, which is part of the official records of this case.

Date of Mailing: 8/8/08
Date of Certificate: 8/8/08

SCOTT L. POFF, CLERK

By: JGB

NAME:
1. Bruce Jones, 1050 Carl Griffin Dr., Savannah, GA 31405
2. Elliot Durham, P.o. box 2784, Savannah, GA 31402
3.
4.
5.
6.
7.

Cert/Copy
- [ ] [x] District Judge
- [ ] [ ] Magistrate Judge
- [ ] [ ] Minutes
- [ ] [ ] U.S. Probation
- [ ] [ ] U.S. Marshal
- [ ] [x] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [ ] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray Stalvey
- [ ] [ ] Cindy Reynolds