IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRUCE TIMOTHY JONES, )
)
    Plaintiff, )
)
v. ) CASE NOS. CV408-235
)            CR405-021
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 13.) After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, Plaintiff's Motion to Vacate (Doc. 1), Motion for Case Update (Doc. 3), Motion for Court Review (Doc. 8), Emergency Supplement to 2255 (Doc. 11), Supplement to Combined 2254 and 2255 Federal Habeas Corpus (Doc. 12), and Motion to Appoint Counsel (CR405-021, Doc. 109) are **DENIED**. The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

Plaintiff also filed a Motion for Reconsideration in his criminal case. (CR405-021, Doc. 110.) In that Motion, Plaintiff asks this Court to reconsider its earlier Order denying Plaintiff's Motion for New Trial. (Id., Doc. 108.)

Finding no reason to disturb its prior ruling, the Court **DENIES** Plaintiff's Motion for Reconsideration.

SO ORDERED this 28th day of October, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA