IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRUCE TIMOTHY JONES, )
 )
    Plaintiff, )
 )
v. ) CASE NOS. CV408-235
 ) CR405-021
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which objections have been filed (Doc. 44). After a careful de novo review of the record, the Court can discern no meritorious grounds for relief based on Plaintiff's filings, including his objections. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's 28 U.S.C. § 2255 Petition is **DISMISSED WITH PREJUDICE**.[1] The **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this 15th day of September 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] After careful consideration, the Court can find no grounds for relief in either Plaintiff's Motion for Stand Alone Order (Doc. 45) or Motion for Reconsideration (Doc. 46). Therefore, these motions are **DENIED**.